UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

                Plaintiffs,

           -against-

ARUNA SUPPLY INC., A&D SUPPLY INC.,
AVISO SUPPLY INC., DRS SUPPLY INC.,
ALENTUS SUPPLY INC., AVAMED SUPPLY
INC., FASTAMED SUPPLY INC., DENNIS
MAVASHEV, ROMAN BAKHRAMOV,
VYACHESLAV SOROKIN, and JOHN DOE
DEFENDANTS "1" through "10",

                Defendants.
----------------------------------------X

Index No.: 1:24-cv-01880-OEM-PK

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendants Aruna Supply Inc., A&D Supply Inc., Aviso Supply Inc., DRS Supply Inc., Avamed Supply Inc., Alentus Supply Inc., Fastamed Supply Inc., Dennis Mavashev, Roman Bakhramov, and Vyacheslav Sorokin (collectively, "Defendants") that all claims by Plaintiffs against Defendants are dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: May 16, 2025

| | |
|---|---|
| RIVKIN RADLER LLP | SCHWARTZ CONROY & HACK PC |
| By: *Michael Vanunu* | By: *[signature]* |
| Barry Levy, Esq. | Matthew J. Conroy, Esq. |
| Michael Vanunu, Esq. | Robert Hewitt, Esq. |
| 926 RXR Plaza | 666 Old Country Road, Suite 900 |
| Uniondale, New York 11556 | Garden City, New York 11530 |
| | |
| *Attorneys for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company* | *Counsel for Defendants Aruna Supply Inc., A&D Supply Inc., Aviso Supply Inc., DRS Supply Inc., Avamed Supply Inc., Aientus Supply Inc., Fastamed Supply Inc., Dennis Mavashev, Roman Bakhramov, and Vyacheslav Sorokin* |